IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02926-GPG

DEAN CARBAJAL,

    Applicant,

v.

RANDY LYNN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER TO FILE SUPPLEMENT TO PRE-ANSWER RESPONSE

---

    As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1), the Court ordered Respondents to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies.  On January 5, 2015, Respondents filed a Pre-Answer Response (ECF No. 17) and on February 24, 2015, Applicant filed a reply (ECF No. 20) to the Pre-Answer Response.  On March 19, 2015, Applicant tendered for filing an amended application for a writ of habeas corpus (ECF No. 21) in which he raises a new claim challenging his enhanced sentence.

    Respondents are directed to file a supplement to the Pre-Answer Response that addresses the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies with respect to Applicant's new claim in the tendered amended application challenging his enhanced sentence.  Accordingly, it is

    ORDERED that **within twenty-one (21) days from the date of this Order**

Respondents shall file a supplement to the Pre-Answer Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of any supplement to the Preliminary Response** Applicant may file a Reply to the supplement, if he desires.

DATED April 14, 2015, at Denver, Colorado.

BY THE COURT:


 s/ Gordon P. Gallagher
United States Magistrate Judge