**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02926-GPG

DEAN CARBAJAL,

    Applicant,

v.

RANDY LYNN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Respondents' second Motion for Extension of Time to File Supplement to Pre-Answer Response (ECF No. 26) is GRANTED and Respondents shall have up to and including **June 12, 2015**, to file a supplement.  Applicant will continue to have twenty-one (21) days from the filing of the supplement to submit a Reply to the supplement, if any.  "Plaintiff Dean Carbajal's Notice of Default and Motion for Entry of Judgment in Favor of Plaintiff Mr. Carbajal" (ECF No. 25) is DENIED.

Dated:  June 5, 2015